## MASTERSON et al. v. HARRIS COUNTY HOUSTON SHIP CHANNEL NAVIGATION DIST. (Motion No. 8669; No. 1041–5234.)

Commission of Appeals of Texas, Section B.
June 29, 1929.

For former opinion, see 15 S.W.(2d) 1011.

SHORT, P. J. The plaintiffs in error in this case have filed a motion for rehearing and a reconsideration of the record, and especially the original opinion has disclosed that in one place a misstatement of fact is made upon a material matter standing alone, which we think proper to correct, though the error is apparent from other statements found in the opinion. This statement is incorrect: "Maurice L. Birdsall acquired, with his brother, Lewis, this land through a deed of gift from their father in 1837." The name "Maurice L." should be "E. B.," and the statement should have read: "E. B. Birdsall acquired, with his brother, Lewis, this land through a deed of gift from their father in 1837." With this erroneous statement in the original opinion corrected, the motion for rehearing presents nothing new, and we recommend that it be overruled.